MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS ARAUZA PARGA, <br><br> Defendant. | CASE NO. 1:17-CR-00135-JLT-SKO <br><br> STIPULATION TO SET MATTER FOR ARRAIGNMENT ON SUPERSEDING INFORMATION AND CHANGE OF PLEA |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney, as well as Robert Forkner, attorney for defendant CARLOS ARAUZA PARGA, that the matter be set for July 28, 2025 at 9:00 am before the Honorable Jennifer L. Thurston for a change of plea.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties have reached a plea agreement (Dkt. 543) and the schedule of the court and counsel makes the soonest available date for change of plea July 28, 2025.

2. By this stipulation, defendant now moves to set the matter for arraignment on a Superseding Information and change of plea.

3. The parties agree and stipulate, and request that the Court find the Defendant has agreed to enter a change of plea and desires to have his counsel present and prepared for that hearing, and defense counsel needs the time requested in this morning to prepare for change of plea.

Stipulation                                           1

Dated: July 8, 2025                           Respectfully submitted,

                                                  MICHELE BECKWITH
                                                  Acting United States Attorney

                                     By   /s/ Kimberly A. Sanchez
                                            KIMBERLY A. SANCHEZ
                                            Assistant United States Attorney

Dated: July 8, 2025                           /s/ Robert Forkner
                                           ROBERT FORKNER
                                           Attorney for Defendant Carlos ARAUZA PARGA

IT IS SO ORDERED that the matter will be set for arraignment and change of plea on July 28, 2025 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **July 9, 2025**

                                                         UNITED STATES DISTRICT JUDGE