
ROBERT L. FORKNER     (CSB# 166097)
PATRICIA ORLANDO     (CSB# 188057)
LAW OFFICES OF ROBERT L. FORKNER
722 Thirteenth Street
Modesto, CA 95354
Ph: 209-544-0200
Fx: 209-544-1860

Attorneys for Defendant
CARLOS ARAUZA PARGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 1:17-CR-00135 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| CARLOS ARAUZA PARGA, | DATE: January 26, 2025 |
| Defendants. | TIME: 9:00 a.m. |
| | COURT: Hon. Jennifer L. Thurston |

This case is set for a status conference on November 3, 2025. By this stipulation, the parties request a continuance of the status conference to January 26, 2025, and to exclude time under Local Code T4, for the reasons set forth below.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Kimberly A. Sanchez, and defendant Carlos Arauza-Parga, by and through his counsel of record Robert Forkner, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 3, 2025.

2. By this stipulation, defendants now move to continue the sentencing until January 26, 2025, and to exclude time between November 3, 2025, and January 26, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for the defendant requests additional time to review the presentence report, consult with the client, conduct further investigation and legal research related to the charges, and review the discovery materials.

b) Counsel for defendant needs additional time to thoroughly review the discovery in this case, evaluate potential sentencing issues, and to consult with his client.

c) Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

d) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: October 28, 2025

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: October 28, 2025

ROBERT L. FORKNER
Counsel for Defendant
CARLOS ARAUZA-PARGA

1
2                          [PROPOSED] FINDINGS AND ORDER
3     IT IS SO FOUND AND ORDERED this 29th day of  October  , 2025.
4
5                                    _____
                                     THE HONORABLE JENNIFER L. THURSTON
6                                    UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28